LAW OFFICES OF
SCOTT E. SHAFFMAN (SBN 92076)
98 Del Monte Avenue, Suite 200
Monterey, CA 93940
Telephone: (831) 333-0321

Attorney for Plaintiff
MAUREEN O'NEILL

PAMELA E. COGAN (SBN 105089)
HANA A. HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        pcogan@rmkb.com
              hhardy@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON and THE MCGRAW-HILL
COMPANIES, INC. LONG-TERM
DISABILITY PLAN erroneously sued as THE
McGRAW-HILL COMPANIES, INC.
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN O'NEILL,<br><br>                    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE MCGRAW-HILL COMPANIES, INC. DISABILITY PLAN,<br><br>                    Defendants. | CASE NO. CV10-05280 LHK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING THE MCGRAW-HILL COMPANIES, INC. LONG-TERM DISABILITY PLAN WITHOUT PREJUDICE |

**WHEREAS**, this is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. section 1132 (a)(1) and (3);

**WHEREAS**, plaintiff Maureen O'Neill named The McGraw-Hill Companies, Inc. Long-Term Disability Plan ("the Plan") as a defendant in this action;

**WHEREAS**, effective October 1, 2003, the long-term disability portion of the Plan was insured under a group disability income policy issued by Liberty Life Assurance Company of Boston to The McGraw-Hill Companies, Inc., the sponsor of the Plan;

**WHEREAS**, although Liberty Life denies that it or The Plan are liable for any of the claims, or under any of the theories, alleged by MAUREEN O'NEILL in this action, Liberty Life Assurance Company of Boston agrees it will be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits to plaintiff that may result from this action as if it were the Plan;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel of record, that Liberty Life Assurance Company of Boston will be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits to plaintiff that may be entered or reached in this action as if it were the Plan.

**IT IS FURTHER STIPULATED** that the Plan is hereby dismissed from this action without prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED**.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that the concurrence and the filing of this document has been obtained from its signatories.

| | |
|---|---|
| Dated: February 28, 2011 | LAW OFFICES OF SCOTT SHAFFMAN |
| | By: *Scott Shaffman*<br>SCOTT SHAFFMAN<br>Attorney for Plaintiff,<br>MAUREEN O'NEILL |
| Dated: February 28, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: *Pamela E. Cogan*<br>PAMELA E. COGAN<br>HANA HARDY<br>Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE MCGRAW-HILL COMPANIES, INC. LONG-TERM DISABILITY PLAN |

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Liberty Life Assurance Company of Boston will be liable for any judgment or settlement concerning the payment or non-payment of long term disability benefits to plaintiff that may be entered or reached in this action as if it were the Plan.

**IT IS FURTHER ORDERED** that THE MCGRAW-HILL COMPANIES, INC. LONG-TERM DISABILITY PLAN shall be, and hereby is, dismissed from this action without prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 3, 2011

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE