PAMELA E. COGAN (SBN 105089)
HANA A. HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com
hhardy@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE MCGRAW-HILL COMPANIES, INC. LONG-TERM DISABILITY PLAN erroneously sued as THE MCGRAW-HILL COMPANIES, INC. DISABILITY PLAN


SCOTT E. SHAFFMAN (SBN 90276)
98 Del Monte Avenue, Suite 200
Monterey, CA 93940
Telephone: (831) 333-0321
E-mail: sshaffman@aol.com

Attorney for Plaintiff
MAUREEN O'NEILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN O'NEILL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE MCGRAW-HILL COMPANIES, INC. DISABILITY PLAN,<br><br>　　　　　Defendants. | CASE NO. CV10-05280 LHK<br><br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

RC1/5952040.1/HAH

STIPULATION FOR DISMISSAL
CV10-05280 LHK

1   **IT IS HEREBY STIPULATED** by and between Plaintiff, MAUREEN O'NEILL, and
2   Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE MCGRAW-
3   HILL COMPANIES, INC. LONG-TERM DISABILITY PLAN, by and through their attorneys of
4   record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all
5   Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
6   Each party shall bear its own fees and costs.

8   **IT IS FURTHER STIPULATED** that concurrence in the filing of this stipulation and
9   proposed order has been obtained from each of the signatories, which shall serve in lieu of their
10  signatures on the document.

12  FILER'S ATTESTATION
13  Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of
14  perjury that the concurrence in the filing of this document has been obtained from its signatories.

16  Dated: April 8, 2011                                ROPERS, MAJESKI, KOHN & BENTLEY

18                                                     BY *Pamela E. Cogan*
                                                          PAMELA E. COGAN
                                                          HANA A. HARDY
19                                                        Attorneys for Defendants
                                                          LIBERTY LIFE ASSURANCE
20                                                        COMPANY OF BOSTON and THE
                                                          MCGRAW-HILL COMPANIES, INC.
21                                                        LONG-TERM DISABILITY PLAN

22  Dated: April 8, 2011                                LAW OFFICE OF SCOTT E. SHAFFMAN

24                                                     By: *Scott E. Shaffman*
                                                          SCOTT E. SHAFFMAN
25                                                        Attorney for Plaintiff
                                                          MAUREEN O'NEILL

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 6, 2011

By: *Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE